UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Adryanna Leonard <br><br>                         Plaintiff, <br><br><br><br>   -v.- <br><br> Capital Management Services, LP <br><br>                         Defendant. | Civil Action No: _____ <br><br> **COMPLAINT** |

Plaintiff Adryanna Leonard ("Plaintiff" or "Leonard") by and through her attorneys, RC Law Group, PLLC, as and for her Complaint against Defendant Capital Management Services, LP ("Defendant") respectfully sets forth, complains and alleges, upon information and belief, the following:

## INTRODUCTION/PRELIMINARY STATEMENT

1. Plaintiff brings this action for damages and declaratory and injunctive relief arising from the Defendant's violation(s) of section 1692 et. seq. of Title 15 of the United States Code, commonly referred to as the Fair Debt Collections Practices Act ("FDCPA").

## PARTIES

2. Plaintiff is a resident of the State of California, County of Solano, residing at 81 Calhoun Street, Vallejo, CA 94590.

3. Capital Management Services, LP is a "debt collector" as the phrase is defined in 15 U.S.C. § 1692(a)(6) and used in the FDCPA with an address at 698 1/2 South Ogden Street, Buffalo, NY 14206-2317.

## JURISDICTION AND VENUE

4. The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1331, as well as 15 U.S.C. § 1692 et. seq. and 28 U.S.C. § 2201. If applicable, the Court also has pendant jurisdiction over the State law claims in this action pursuant to 28 U.S.C. § 1367(a).

5. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b)(2).

## FACTUAL ALLEGATIONS

6. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein with the same force and effect as if the same were set forth at length herein.

7. On information and belief, on a date better known to Defendant, Defendant began collection activities on an alleged consumer debt ("Alleged Debt") from the Plaintiff.

8. The Alleged Debt was incurred as a financial obligation that was primarily for personal, family or household purposes and is therefore a "debt" as that term is defined by 15 U.S.C. § 1692a(5).

*Violation I – January 18, 2017 Collection Letter*

9. On or around January 18, 2017 the Plaintiff received a collection letter from Defendant.

10.     The second to last paragraph of the collection letter states: "Settling a debt for less than the balance owed may have tax consequences and Discover may file a 1099C form."

11.     This statement misleads the consumer as to the impact of attempting to settle the matter for less than what the Defendant claims is owed.

12.     This statement is both false and deceptive as there are many factors which make up the requirement to file a 1099C.  (See Good v. Nationwide Credit, Inc., finding that the statement "American express is required to file a form 1099C with the Internal Revenue Service for any canceled debt of $600 or more. Please consult your tax advisor concerning any tax questions," is not true and does not accurately reflect the relevant law. The court also found that the statement's invocation of the IRS was deceptive and materially misleading.)

13.     This letter does not indicate how much of the current balance is interest and how much is principal.

14.     The letter fails to disclose to consumers that there is a distinction between principal and interest in regards to IRS requirements.

15.     Even the most sophisticated tax professional cannot issue an opinion without this information and it only acts to overshadow the settlement offer.

16.     As a result of Defendant's deceptive and misleading statement Plaintiff has been harmed.

## **FIRST CAUSE OF ACTION**
**(Violations of the FDCPA)**

17.     Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein with the same force and effect as if the same were set forth at length herein.

18. Defendant's debt collection efforts attempted and/or directed towards Plaintiff violate various provisions of the FDCPA, including but not limited to 15 U.S.C. §§ 1692e, 1692e(2), 1692e(5), 1692e(7), 1692e(8), 1692e(10), and 1692f.

19. As a result of the Defendant's violations of the FDCPA, Plaintiff has been damaged and is entitled to damages in accordance with the FDCPA.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff Adryanna Leonard demands judgment from Defendant Capital Management Services, LP as follows:

a) For actual damages provided and pursuant to 15 U.S.C. § 1692k(a)(1);

b) For statutory damages provided and pursuant to 15 U.S.C. § 1692k(a)(2)(A);

c) For attorney fees and costs provided and pursuant to 15 U.S.C. § 1692k(a)(3);

d) A declaration that the Defendant's practices violated the FDCPA; and

e) For any such other and further relief, as well as further costs, expenses and disbursements of this action as this Court may deem just and proper.

Dated: Hackensack, New Jersey
January 17, 2018

/s/ Daniel Kohn
**RC Law Group, PLLC**
By: Daniel Kohn
285 Passaic Street
Hackensack, NJ 07601
Phone: (201) 282-6500
Fax: (201) 282-6501